Argued and submitted August 31, reversed and remanded for new trial
September 29, 2004

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBYN ELIZABETH MOSCHETTI,
*Appellant.*

## 01CR2398FE; A117965

98 P3d 751

Shawn Wiley, Deputy Public Defender, argued the cause for appellant. With him on the brief was Peter Ozanne, Executive Director, Office of Public Defense Services.

David John Amesbury, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment of conviction for possession of a controlled substance. ORS 475.992. She contends that the trial court erred in denying her motion to suppress evidence obtained during a warrantless search of her vehicle and to suppress statements that the police obtained without giving *Miranda* warnings. The state concedes that the trial court erred in both respects and that the case should be reversed and remanded. After reviewing the record, we agree and accept the state's concession.

Reversed and remanded for new trial.